**Order entered November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01047-CV

## MARK AND D'NELLA SHERBET, Appellants

## V.

## RAFAELLA BENDER, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12935-I**

## ORDER

By order dated November 5, 2014, we granted court reporter Sheretta L. Martin's request to extend the time for filing the reporter's record to November 14, 2014. To date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Martin to file the record within **TEN (10) DAYS**. We expressly caution Ms. Martin that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Phyllis Lister Brown, Judge of the 162nd Judicial District Court of Dallas County, Texas; Ms. Martin; and counsel for all parties.

/s/     CRAIG STODDART
JUSTICE